# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**SUSAN F. RYAN,**

        **Plaintiff,**

**v.**                                  **Case No.6:10-CV-1726-ORL-35DAB**

**CREDITORS INTERCHANGE**
**RECEIVABLE MANAGEMENT, LLC.,**

        **Defendant.**

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. 7) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. The parties have resolved all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 22nd day of December 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record